PROB 12A
(6/21)

# United States District Court

### for

### District of New Jersey

### Report on Individual Under Supervision

Name of Individual Under Supervision: Tahmir Rice

Cr.: 21-00094-001
PACTS #: 3949103

Name of Sentencing Judicial Officer:   THE HONORABLE KEVIN MCNULTY
UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 02/14/2019

Original Offense:    Count One: Conspiracy to Distribute Narcotics, 21 U.S.C. Section 846

Original Sentence: 30 months imprisonment, 36 months supervised release

Special Conditions: Special Assessment, Search/Seizure, No New Debt/Credit, Vocational Services

Type of Supervision: Supervised Release            Date Supervision Commenced: 05/06/2020

### NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

1            Mr. Rice was arrested on January 24, 2022, for an alleged domestic violence
offense. According to the complaint, he strangled the victim. He was also
charged with endangering the welfare of a child, as a juvenile was present at the
time of the alleged incident.

Prob 12A – page 2
Tahmir Rice

U.S. Probation Officer Action:

Mr. Rice was under low intensity supervision and has been transferred back to this officer under a generalized caseload so he can be monitored closely. The charge remains pending. This officer will continue to monitor the outcome.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Erika M. Arnone*

By:   ERIKA M. ARNONE
      U.S. Probation Officer

/ ema

APPROVED:

Digitally signed by
Luis R. Gonzalez
Date: 2022.01.28
12:09:48 -05'00'

_____      _____
LUIS R. GONZALEZ                          Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X]  No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

[ ]  Submit a Request for Modifying the Conditions or Term of Supervision

[ ]  Submit a Request for Warrant or Summons

[ ]  Other

/s/ Kevin McNulty
_____
Signature of Judicial Officer

1/28/2022
_____
Date